UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| GARY R. GAUTHIER, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 06-194-P-S |
| | ) |
| ANDROSCOGGIN COUNTY | ) |
| JAIL ADMINISTRATION, | ) |
| | ) |
| Defendant | ) |

**PROCEDURAL ORDER**

Plaintiff Gary Gauthier has filed two documents with the court, neither of which require court action at this time. (See Attachments to this Order). However, I will take this opportunity to issue a procedural order regarding the conduct of this litigation in order to assist plaintiff, who is proceeding pro se:

1.) Plaintiff is cautioned, any document he files with this court must be copied to opposing counsel and he should indicate on the document that a copy of it has been served on the opposing side;

2.) Pursuant to our Local Rules notifications of discovery service and/or settlement demands are NOT filed with the court (this may be contrary to the state court practice);

and finally,

3.) The identification of Rule 44 records as contemplated by the Local Rule is simply a mechanism of insuring that the parties know at the end of the discovery period what official records the other side intends to offer. This court would not be involved in "notarizing" any records, although it would certify the authenticity of any of its own court records if such records

were contemplated as exhibits by either party. For instance, if the plaintiff wants to introduce medical records maintained by a hospital, a copy attested by the officer having legal custody of those records would qualify those records as authentic, absent a specific challenge from the defendant. The hospital custodian, or the phone company custodian, or the town clerk would not be required to testify as a witness, in terms of the authenticity of the records. Of course, the records themselves would have to be otherwise legally admissible in evidence. In response to plaintiff's specific query, the court does not "notarize" records.

Plaintiff is cautioned to follow these procedures during this litigation.

*So Ordered.*

March 26, 2007                    /s/ Margaret J. Kravchuk
                                  U.S. Magistrate Judge