UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GARY R. GAUTHIER, JR.,           ) | |
| )                                  | |
| **Plaintiff**          ) | |
| v.                                 ) | Civil No.   06-194-P-S |
| )                                  | |
| ANDROSCOGGIN COUNTY JAIL           ) | |
| ADMINISTRATION,                    ) | |
| )                                  | |
| **Defendant**          ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 59) filed July 18, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 39) is hereby **DENIED**.

    /s/ George Z. Singal
Chief United States District Judge

Dated this 8th day of August, 2007.